# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| MELVIN DOUGLAS, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:15-cv-152 |
| | * | |
| v. | * | |
| | * | |
| V.J. FLOURNY, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge, dkt. no. 3, to which no Objections have been filed. After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation and **ADOPTS** the Report and Recommendation as the opinion of the Court.

Therefore, the Court **DISMISSES** Douglas's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241. Furthermore, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Court **DENIES** Petitioner leave to appeal in forma pauperis. The Clerk of Court is hereby

authorized and directed to **CLOSE** this case and to enter an appropriate judgment of dismissal.

**SO ORDERED**, this 21 day of December, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA